FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON
SEATTLE

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>Plaintiff,<br><br>vs.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW of NORTH AMERICA, LLC; and DMC SIDECARS LLC;<br><br>Defendants. | Case No. C17-1218 RSM<br><br>**ORDER EXTENDING DEADLINES FOR PLANNING AND SCHEDULING CONFERENCE, STATUS REPORT AND INITIAL DISCLOSURES** |

This matter having come before the Court on the joint motions of the Plaintiff and defendants' DMC Sidecars LLC, and BMW of North America, LLC, by and through counsel, good cause having been shown,

IT IS HEREBY ORDERED that the previously set deadlines for the FRCP 26(f) conference, Initial Disclosures and Combined Joint Status Report and Discovery Plan are extended to the following dates listed below:

Deadline for FRCP 26(f) Conference: **10/20/2017**

Initial Disclosures Pursuant to FRCP 26(a)(1): **10/27/2017**

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): **11/4/2017**

DATED this 13th day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804