FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>Plaintiff,<br><br>vs.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD;  BMW of NORTH AMERICA, LLC;  and DMC SIDECARS LLC;<br><br>Defendants. | Case No. 2:17-cv-1218-RSM<br><br>**ORDER EXTENDING TIME TO SERVE BAYERISCHE MOTOREN WERKE AG (aka) BMW WITH COMPLAINT & SUMMONS** |

This matter having come before the Court on the Plaintiff's motion for an extension of time to serve Defendant, Bayerische Motoren Werke Ag (Aka) BMW **a** German Foreign Corporation in this matter. Good cause having been shown,

IT IS HEREBY ORDERED, that the Plaintiffs' motion is granted. Plaintiff shall have an additional 4 months to serve Defendant, Bayerische Motoren Werke Ag (Aka) BMW with the summons and complaint.

*Order re extension of time to serve Bayerische Motoren Werke AG (Aka) BMW with the complaint and summons*
*Meyer, et.al. v. BMW* et al. Case No. 2:17-cv-1218 RSM     PAGE 1 OF 2

DATED THIS 16 DAY OF OCTOBER 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

*Order re extension of time to serve Bayerische Motoren Werke AG (Aka) BMW with the complaint and summons*
*Meyer, et.al. v. BMW* et al. Case No. 2:17-cv-1218 RSM      PAGE 2 OF 2