IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT, <br><br> Plaintiff, <br><br> vs. <br><br> BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW of NORTH AMERICA, LLC; and DMC SIDECARS LLC; <br><br> Defendants. | Case No. 2:17-cv-1218-RSM <br><br> **ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

This matter having come before the Court on the Plaintiffs' motion for leave under FRCP 15 (a & c) to file an amended complaint.

IT IS HEREBY ORDERED that Plaintiffs' motion is granted. Plaintiff shall file their previously lodged amended complaint. The defendants shall answer the amended complaint within 20 days of the date of this Order.

DATED THIS 16 DAY OF OCTOBER 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
*Meyer, et.al. v. BMW* et al. Case No. 2:17-cv-1218 RSM     PAGE 1 OF 1