IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW of NORTH AMERICA, LLC; and DMC SIDECARS LLC; <br><br> Defendants. | Case No. 2:17-cv-1218-RSM <br><br> **ORDER EXTENDING DEADLINES TO DISCLOSE EXPERT REPORTS, COMPLETE DISCOVERY AND FILE DISCOVERY MOTIONS** |

This matter having come before the Court on a stipulated joint motion of the Parties to extend the trial schedule deadlines regarding disclosures of expert reports, completion of discovery and discovery motions, good cause having been shown,

IT IS HEREBY ORDERED, the trial scheduled deadlines set forth below are extended as set forth below.

Order
Meyer et al v BMW et al., Case No. 2:17-cv-1218-RSM     Page 1

**FLANIGAN & BATAILLE**

1007 W. Third Avenue, Suite 206
Anchorage, Alaska, 99501
907-279-9999

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of Expert Reports | July 26, 2018 | September 24, 2018 |
| Discovery Motions | August 27, 2018 | October 24, 2018 |
| Discovery Completed By | September 24, 2018 | November 23, 2018 |

DATED THIS 20th DAY OF July, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
Meyer et al v BMW et al., Case No. 2:17-cv-1218-RSM     Page 2

FLANIGAN & BATAILLE

1007 W. Third Avenue, Suite 206
Anchorage, Alaska, 99501
907-279-9999