IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

HOWARD J. MEYER, JR. and
DARLIS L. ELLIOTT,

              Plaintiffs,

vs.

BAYERISCHE MOTOREN WERKE
AG (aka) BMW MOTORRAD; BMW
of NORTH AMERICA, LLC;  and
DMC SIDECARS LLC;

              Defendants.

Case No. 2:17-cv-1218-RSM

**ORDER EXTENDING
DEADLINE TO DISCLOSE
EXPERT REPORTS,**

This matter having come before the Court on the parties joint stipulated motion to extend the time for disclosing expert reports, good cause having been shown,

IT IS HEREBY ORDERED, that the deadline for disclosing expert reports is hereby extended as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of Expert Reports | September 24, 2018 | October 22, 2018 |

**FLANIGAN & BATAILLE**

1007 W. Third Avenue, Suite 206
Anchorage, Alaska, 99501
907-279-9999

DATED this 2 day of October 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Extending Expert Report Deadline
*Meyer et al v BMW et al.*, Case No. 2:17-cv-1218-RSM    Page 2

**FLANIGAN & BATAILLE**

1007 W. Third Avenue, Suite 206
Anchorage, Alaska, 99501
907-279-9999