UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD J. MEYER, JR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AG, et al., <br><br> Defendants. | CASE NO. C17-1218 RSM <br><br> ORDER GRANTING JOINT MOTION AND STIPULATION FOR A CONTINUANCE |

Pursuant to the stipulated motion of the parties (Dkt. #43) and after finding good cause, the date for trial and the unexpired case deadlines are revised to the following:

| | |
|---|---|
| **JURY TRIAL DATE** | **March, 16 2020** |
| Length of Trial | 17 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 18, 2019 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for Consideration pursuant to LCR 7(d)(3) | October 18, 2019 |
| Discovery completed by: | November 18, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | December 17, 2019 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties,** held no later than | January 31, 2020 |

ORDER – 1

| | |
|---|---|
| All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | February 17, 2020 |
| Agreed pretrial order due | March 4, 2020 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 11, 2020 |

DATED this 25th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE