IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW of NORTH AMERICA, LLC; and DMC SIDECARS LLC;<br><br>Defendants. | Case No. 2:17-cv-1218-RSM<br><br>**ORDER EXTENDING DEADLINE FOR EXPERT DISCLOSURES** |

This matter having come before the Court on the parties joint stipulated motion to extend the time for disclosing expert reports, good cause having been shown,

IT IS HEREBY ORDERED, that the deadline for expert disclosures is extended to December 18, 2019, and the discovery cutoff is extended to January 18, 2020.

IT IS SO ORDERED.

_____    _____
DATED this 23 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610