UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>                             Plaintiffs,<br><br>    v.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW OF NORTH AMERICA, LLC; AND DMC SIDECARS LLC;<br><br>                             Defendants. | NO. 2:17-cv-01218-RSM<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR DEFENDANTS BAYERISCHE MOTOREN WERKE AG AND BMW OF NORTH AMERICA, LLC** |

This matter came on for hearing upon Motion for Leave to Withdraw and Substitute New Counsel for Defendants Bayerische Motoren Werke AG and BMW of North America, LLC (the "Motion"). The Motion is hereby GRANTED. Bradley S. Keller and Jofrey M. McWilliam of Byrnes Keller Cromwell are hereby substituted as counsel for Bayerische Motoren Werke AG and BMW of North America, LLC, in place of Peter Steilberg and Philip Meade of Merrick Hofstedt & Lindsey, P.S., who are granted leave and hereby deemed to have withdrawn as counsel for said defendants.

IT IS SO ORDERED.

//

//

//

ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR DEFENDANTS BAYERISCHE MOTOREN WERKE AG AND BMW OF NORTH AMERICA, LLC (NO. 2:17-CV-01218-RSM) - 1

Byrnes ◆ Keller ◆ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 27 day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MERRICK, HOFSTEDT & LINDSEY, P.S.

By /s/ Peter Steilberg
    Peter Steilberg, WSBA #22190
    psteilberg@mhlseattle.com

By /s/ Philip Meade
    Philip R. Meade, WSBA #14671
    pmeade@mhlseattle.com
3101 Western Avenue, Suite 200a
Seattle, Washington 98121
206-682-0610
Fax: 206-467-2689
*Withdrawing Counsel for Defendants*
*Bayerische Motoren Werke Ag and BMW of*
*North America, LLC*

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10655
    bkeller@byrneskeller.com

By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    jmcwilliam@byrneskeller.com
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
*New Counsel for Defendants Bayerische*
*Motoren Werke Ag and BMW of North*
*America, LLC*

ORDER GRANTING LEAVE TO WITHDRAW AND
SUBSTITUTE NEW COUNSEL FOR DEFENDANTS
BAYERISCHE MOTOREN WERKE AG AND BMW OF NORTH
AMERICA, LLC (NO. 2:17-CV-01218-RSM) - 2