IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>            Plaintiffs,<br> vs.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW of NORTH AMERICA, LLC; and DMC SIDECARS LLC;<br><br>            Defendants. | Case No. 2:17-cv-1218-RSM<br><br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW ONE DAY EXTENSION TO FILE PLAINTIFFS MOTION IN LIMINE |

This matter having come before the Court on the Plaintiffs' Unopposed Motion for an Order permitting Plaintiffs to file their "Motion In Limine" one day late, good cause having been shown.

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

DATED this 26th day of February 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

ORDER
*Meyer, et.al. v. BMW* et al. Case No. 2:17-cv-1218RSM