UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW OF NORTH AMERICA, LLC; AND DMC SIDECARS LLC;<br><br>Defendants. | NO. 2:17-cv-01218-RSM<br><br>**ORDER GRANTING MOTION TO (A) CONTINUE TRIAL DATE AND RESET PRETRIAL DEADLINES; (B) PERMIT LIMITED ADDITIONAL DISCOVERY; (C) PERMIT RELATED AMENDMENT TO EXPERT OPINIONS; AND (D) TERMINATING PENDING MOTIONS** |

This matter is before the Court on the parties' Joint Stipulated Motion to (A) Continue Trial Date and Reset Pretrial Deadlines; (B) Permit Limited Additional Discovery; and (C) Permit Related Amendment to Expert Opinions. Dkt. #59. Finding good cause, the Court hereby ORDERS that:

1. The Joint Stipulated Motion to (A) Continue Trial Date and Reset Pretrial Deadlines; (B) Permit Limited Additional Discovery; and (C) Permit Related Amendment to Expert Opinions (Dkt. #59) is GRANTED.

2. The Court resets the trial date and related deadlines as follows:

| Event | Deadline |
|---|---|
| Trial (7 days) | January 10, 2022 |

| Event | Deadline |
|---|---|
| Fact discovery cutoff | June 25, 2021 |
| Deadline to amend expert reports | July 30, 2021 |
| Expert discovery cutoff | September 10, 2021 |
| Dispositive motion filing deadline | October 15, 2021 |
| Motion in limine filing cutoff | December 9, 2021 |
| Responses to motions in limine | December 20, 2021 |
| Agreed pretrial order lodging date | December 29, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, trial exhibits. | December 31, 2021 |
| Pretrial conference (to be scheduled by the Court) | |

3. The parties pending motions in limine:

    a. Defendant BMW AG's and BMW NA's Motions in Limine to Exclude Certain Evidence (Dkt. #50);

    b. Defendant DMC Sidecars LLC's Motions in Limine (Dkt. #53); and

    c. Plaintiffs' Motion in Limine (Dkt. #55)

are TERMINATED.  The parties may renote the motions or file amended motions in the future as may be appropriate.

DATED this 25th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE