The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT, | NO. 2:17-cv-01218-RSM |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATED MOTION TO (A) SUBSTITUTE EXPERT WITNESS AND (B) ADJUST RELATED DEADLINES** |
| v. | |
| BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW OF NORTH AMERICA, LLC; AND DMC SIDECARS LLC; | |
| Defendants. | |

This motion came before the Court on the parties' Joint Stipulated Motion to (A) Substitute the Defendants' Medical Expert Witness, and (B) Adjust Related Deadlines.

The motion is hereby GRANTED. The Court resets certain deadlines as follows:

| Event | Deadline |
|---|---|
| Deadline to Depose Plaintiff's Treating Surgeon | August 27, 2021 |
| Deadline to Amend Expert Reports | September 30, 2021 |
| Expert Discovery Cutoff | October 29, 2021 |
| Dispositive motion filing deadline | October 29, 2021 |

ORDER GRANTING JOINT STIPULATED MOTION TO (A) SUBSTITUTE EXPERT WITNESS AND (B) ADJUST RELATED DEADLINES (NO. 2:17-CV-01218-RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

All other dates and deadlines shall remain the same pursuant to the Court's order dated August 25, 2020 (ECF 60)

DATED this 21st day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| FLANIGAN & BATAILLE | EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN |
| By /s/ Michael W. Flanigan<br>Michael W. Flanigan, WSBA #34939<br>mflanigan@farnorthlaw.com<br>1007 W. Third Avenue, Suite 206<br>Anchorage, AK  99501-1936<br>907-279-9999<br>Fax:  907-258-3804<br>*Counsel for Plaintiff Howard Meyer* | By /s/ Michael G. Brady<br>Michael G. Brady, WSBA #32912<br>mbrady@eberle.com<br>1111 W. Jefferson St., Suite 530<br>Boise, ID  83702-5393<br>208-345-8400<br>Fax:  208-322-4486<br>*Counsel for Defendant DMC Sidecars LLC* |

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
    bkeller@byrneskeller.com

By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    jmcwilliam@byrneskeller.com
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
206-622-2000
Fax:  206-622-2522
*Counsel for Defendants Bayerische Motoren Werke Ag and BMW of North America, LLC*

ORDER GRANTING JOINT STIPULATED MOTION TO (A) SUBSTITUTE EXPERT WITNESS AND (B) ADJUST RELATED DEADLINES (NO. 2:17-CV-01218-RSM) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 21st day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter. The undersigned attorney also certifies that he will serve a copy of this document on the BMW defendants.

/s/ Jofrey M. McWilliam
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jmcwilliam@byrneskeller.com

ORDER GRANTING JOINT STIPULATED MOTION TO (A) SUBSTITUTE EXPERT WITNESS AND (B) ADJUST RELATED DEADLINES (NO. 2:17-CV-01218-RSM) - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000