UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD J. MEYER, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD, et al.,<br><br>Defendants. | CASE NO. C17-1218 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL AND SET STATUS CONFERENCE |

This matter comes before the Court on Plaintiffs' unopposed "Motion to Vacate Date of Trial and to Schedule a New Trial Setting Conference," Dkt. #94. Trial is currently set for April 10, 2023. Dkt. #93. Due to the increasingly serious and disabling health issues of their counsel, Plaintiffs cannot proceed to trial as currently set and need time to find replacement counsel. *See* Dkts. #94 and #94-1.

The Court finds that good cause has been shown for yet another continuance and will strike the trial date. The Court believes the parties would benefit from two telephonic conferences—one as soon as possible to discuss the current status of the search for new counsel, and a second conference to be held with that new counsel to discuss future trial dates. This second conference will operate as a deadline to ensure progress is being made and that this case does not languish forever.

ORDER – 1

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's unopposed "Motion to Vacate Date of Trial and to Schedule a New Trial Setting Conference," Dkt. #94, is GRANTED.  The present trial date of April 10, 2023, is VACATED.  The parties are to participate in the following two status conferences:

- March 6, 2023, at 1:00 PM with existing counsel;
- March 31, 2023, at 1:00 PM with newly-retained counsel.

The parties are to call in to 888-251-2909 and use this access code: 1307658 #.

DATED this 24th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER – 2