The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD J. MEYER, JR. and DARLIS L. ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AG (aka) BMW MOTORRAD; BMW OF NORTH AMERICA, LLC; AND DMC SIDECARS LLC;<br><br>Defendants. | NO. 2:17-cv-01218-RSM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

It having been stipulated and agreed by the parties, through their attorneys of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED, AND THIS DOES ORDER**, that the Complaint in the above-entitled action is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 9th day of May, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE (NO. 2:17-CV-01218-RSM) - 1

EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHTD
1111 West Jefferson Street, Suite 530
Boise, ID 83071
208-344-8535/208-344-8542

0137-71/01202333.000

1  Presented by:

2  EBERLE, BERLIN, KADING, TURNBOW
      & McKLVEEN
3

4  By */s/ Michael G. Brady*
      Michael G. Brady, WSBA #32912
5      mbrady@eberle.com
   *Counsel for Defendant DMC Sidecars LLC*
6
   FLANIGAN & BATAILLE
7

8  By */s/ Michael W. Flanigan*
      Michael W. Flanigan, WSBA #34939
9
   *Counsel for Plaintiffs Howard J. Meyer and
10    Darlis L. Elliott*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR DISMISSAL WITH PREJUDICE (NO. 2:17-CV-01218-RSM) - 2

EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHTD
1111 West Jefferson Street, Suite 530
Boise, ID 83071
208-344-8535/208-344-8542

0137-71/01202333.000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the ____ day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

Michael Flanigan  mflanigan@farnorthlaw.com
*Attorney for Plaintiffs*

Michael G. Brady  mbrady@eberle.com
*Attorney for Defendant*
*DMC Sidecars LLC*

Dated this __ day of May, 2023.

_____
Deputy Clerk of Court

ORDER FOR DISMISSAL WITH PREJUDICE (NO. 2:17-CV-01218-RSM) - 3

EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHTD
1111 West Jefferson Street, Suite 530
Boise, ID 83071
208-344-8535/208-344-8542

0137-71/01202333.000